DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN CARLOS LOPEZ VALENCIA,**
Appellant,

v.

**ELDORADO PLAZA WEST ASSOCIATION INC.,**
Appellee.

No. 4D21-1334

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE19015157.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale Beach, for appellant.

Steven B. Katz of Law Office of Steven B. Katz, P.A., Lauderhill, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***